In the Matter of the Judicial Settlement of the Account of JOHN RUSK, as Administrator, etc., of MARIETTA PURDY, Deceased, Respondent. JOHN A. DUBOIS, Appellant.— Appeal from a decree of the Surrogate's Court, Ulster county, made and entered on June 11, 1935, dismissing objections to the payment by the administrator of $1,000 counsel fees to the administrator's attorney. Decree unanimously affirmed, with costs to the respondent, payable out of the estate. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.